## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

Case No.: _____

Johnny Horne A.R.
Marlene Horne A.R.
[Your Name], Plaintiff,

v.

[Judge's Name] & [Clerk's Name], Defendants.

Scott Kerner
Joseph Abouzzo
Adam Schwartz

FILED BY _____ PCS _____ D.C.

JAN 30 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## COMPLAINT FOR VIOLATION OF FEDERAL LAW

### JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 (Federal Question) and 28 U.S.C. § 1361 (Mandamus Relief). This action arises under federal law, including violations of due process and civil rights.

2. Venue is proper under 28 U.S.C. § 1391(b) as the events giving rise to this complaint occurred within the jurisdiction of the U.S. District Court for the Southern District of Florida.

Attorney
Adam Schwartz

### FACTUAL BACKGROUND A.R.

Johnny Horne A.R.
Marlene Horne A.R.          Florida          Scott Kerner          Joseph Abouzzo

3. Plaintiff, [Your Name], is a resident of [Your State]. Defendants, [Judge's Name] and [Clerk's Name], engaged in actions that violated Plaintiff's constitutional rights, including but not limited to ex parte misconduct, judicial bias, and failure to correct the record.

4. Defendants improperly refused to remove a Motion to Quash that was fraudulently filed, depriving Plaintiff of due process rights under the 5th and 14th Amendments.

### CLAIMS FOR RELIEF

5. Defendants' conduct constitutes a violation of due process under the 5th and 14th Amendments.

6. Defendant Clerk has failed to perform a ministerial duty, violating 28 U.S.C. § 1361 (Mandamus Relief).

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Declare that Defendants' actions violated Plaintiff's constitutional rights;

2. Issue a writ of mandamus compelling the Clerk to correct the record;

3. Issue an injunction preventing further ex parte communications and judicial bias;

4. Award Plaintiff damages in the amount of $7,000,000 for violations of due process;

5. Grant any other relief deemed just and proper.

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _3 0_ day of _0 1_, 2025.

Johnny-Horne, Marlene Horne A.R.

[Your Name]

[Your Address] C/o 11396 Del 5T N WPB FL [33412]

[Your Contact Information] Gkitall.jh@gmail.com